UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE RAFAEL CASTRO-LINO,

                Petitioner,

v.

RON HAYNES,

                Respondent.

CASE NO. 3:19-cv-05405 BHS-JRC

ORDER GRANTING EXTENSION TO FILE REPLY

This matter is before the Court on petitioner's "Motion For Extension of Time to file opening Brief[.]" Dkt. 21.

After petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, respondent filed an answer that failed to address one of petitioner's grounds and that did not include the entire relevant state court record. *See* Dkt. 17, at 1–2. Thus the Court ordered respondent to expand the record and to file a supplemental answer regarding the unaddressed ground for relief. *See* Dkt. 17, at 2. The Court further allowed petitioner until November 8, 2019 to file a reply. Dkt. 17, at 2.

After petitioner timely filed a supplemental answer and the trial transcripts (*see* Dkts. 19, 20), petitioner filed the pending motion, requesting "a 60 day extension to file [his] opening brief [sic]." Dkt. 21. Petitioner's stated reason for the extension is that he lacks legal training and has limited law library access. Dkt. 21, at 1. Respondent has not filed any opposition to the request. *See* Dkt.

The Court interprets petitioner's request as one to have the deadline to file a reply to respondent's response and supplemental answer extended. *See* Dkts. 14, 19. The request is granted. Petitioner may file a reply to respondent's response (Dkt. 14) and supplemental answer. Dkt. 19. If petitioner decides to file a reply, it must be directed toward the arguments raised in respondent's response and supplemental answer. In a reply, petitioner may not raise additional grounds to those raised in his habeas petition. *See Cacoperdo v. Demosthenes*, 37 F.3d 504, 507 (9th Cir. 1994) ("A Traverse [reply] is not the proper pleading to raise additional grounds for relief.").

The Clerk shall update the docket to reflect that petitioner may file a reply directed to respondent's response (Dkt. 14) and supplemental answer (Dkt. 19) on or before **January 7, 2020**. Petitioner's writ of habeas corpus (Dkt. 3) should be re-noted for consideration on **January 7, 2020**.

Dated this 18th day of November, 2019.

J. Richard Creatura
United States Magistrate Judge