UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE RAFAEL CASTRO-LINO,<br><br>                   Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>                   Respondent. | CASE NO. 3:19-CV-05405-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 43. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's amended petition for habeas corpus, Dkt. 28, is **DENIED**;

    (3)    A certificate of appealability is **DENIED**; and

    (4)    This case is closed.

\
\
\

ORDER - 1

1     Dated this 7th day of October, 2020.

                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER - 2